AARON D. FORD
 Attorney General
MARY ANNE MARTIN, Bar No. 13267
 Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1254
E-mail: MBMartin@ag.nv.gov

*Attorneys for Defendants*
*James Bloomfield and Christopher Herzog*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNIE MONEY COLEMAN,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER HERZOG, *et al.*,<br><br>Defendants. | Case No. 3:19-cv-00108-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Ronnie Money Coleman, in proper person, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Mary Anne Martin, Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed according to the terms agreed upon at the Early Mediation Conference which took place on March 10, 2020, and which are memorialized in the Minutes of Proceedings entered ECF No. 8.

DATED this 16 day of March, 2020.   DATED this 24th day of March, 2020

AARON D. FORD
Attorney General

_____        By: _____
Ronnie Money Coleman, #1039597              MARY ANNE MARTIN, Bar No. 11317
Plaintiff, *Pro Se*                                         Deputy Attorney General
                                                                    *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 24, 2020

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 24th day of March, 2020, I caused to be deposited for mailing, a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** to the following:

Ronnie Coleman, #1039597
Ely State Prison
P.O. Box 1989
Ely, NV 89301

/s/Perla M. Hernandez
An employee of the
Office of the Attorney General